```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 01877
   RONALD JAMES HASELTINE
   KATHERINE MARIE HASELTINE                   CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2729     SSN XXX-XX-0756

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/28/2006 and was confirmed 04/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 05/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
CAPITAL ONE                UNSEC W/INTER      637.40          58.16         637.40
CAPITAL ONE                NOTICE ONLY    NOT FILED             .00            .00
CAPITAL ONE                UNSEC W/INTER      656.96          59.76         656.96
CAPITAL ONE                NOTICE ONLY    NOT FILED             .00            .00
CAPITAL ONE                UNSEC W/INTER      647.60          59.01         647.60
CAPITAL ONE                UNSEC W/INTER      591.19          53.91         591.19
CAPITAL ONE                UNSEC W/INTER      988.42          89.89         988.42
CHARMING SHOPPES           UNSEC W/INTER  NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER     3986.72         362.63        3986.72
DIRECT MERCHANTS BANK      NOTICE ONLY    NOT FILED             .00            .00
DOUBLEDAY BOOK CLUB        UNSEC W/INTER  NOT FILED             .00            .00
FIGIS INC                  UNSEC W/INTER      107.93           9.15         107.93
GINNYS                     UNSEC W/INTER      203.52          16.55         203.52
ECAST SETTLEMENT CORP      UNSEC W/INTER      582.49          53.13         582.49
ECAST SETTLEMENT CORP      UNSEC W/INTER      891.46          81.09         891.46
HSBC NEVADA                NOTICE ONLY    NOT FILED             .00            .00
ROUNDUP FUNDING LLC        UNSEC W/INTER      469.64          42.85         469.64
JUNIPER BANK               NOTICE ONLY    NOT FILED             .00            .00
MERRICK BANK               UNSEC W/INTER     1821.99         165.71        1821.99
MERRICK BANK~              NOTICE ONLY    NOT FILED             .00            .00
MONROE & MAIN              UNSEC W/INTER       73.85           6.57          73.85
PREMIER AUTO FINANCE       NOTICE ONLY    NOT FILED             .00            .00
SEVENTH AVENUE             UNSEC W/INTER      448.26          35.29         448.26
SWISS COLONY               UNSEC W/INTER      225.61          18.30         225.61
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     1693.76         132.55        1693.76
PROVIDIAN PROCESSING SER   NOTICE ONLY    NOT FILED             .00            .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     3047.89         239.56        3047.89
PROVIDIAN PROCESSING SER   NOTICE ONLY    NOT FILED             .00            .00
PROVIDIAN NATIONAL BANK    NOTICE ONLY    NOT FILED             .00            .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     1217.66          95.89        1217.66
BLINE/JUNIPER BANK         UNSEC W/INTER         .00            .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY    2,400.00                         2,400.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 01877 RONALD JAMES HASELTINE & KATHERINE MARIE HASELTINE
```

```
TOM VAUGHN                 TRUSTEE                              1,400.37
DEBTOR REFUND              REFUND                                 268.00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                    23,940.72

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       18,292.35
    INTEREST                                     1,580.00
ADMINISTRATIVE                                   2,400.00
TRUSTEE COMPENSATION                             1,400.37
DEBTOR REFUND                                      268.00
                           ---------------    ---------------
TOTALS                     23,940.72            23,940.72
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 09/25/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE